ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-02242-LLS
### Internal Use Only

Levy v. Samsung Electronics Co., Ltd. et al
Assigned to: Judge Louis L. Stanton
Cause: 15:1 Antitrust Litigation

Date Filed: 03/15/2007
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Brian Levy**
*on behalf of himself and all others similarly situated*

represented by **Jeffrey Simon Abraham**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
212-279-5050
Fax: 212-279-3655
Email: jabraham@aftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Donald Levit**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2850
New York, NY 10119
(212)-279-5050
Fax: (212)-279-3655
Email: llevit@aftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**Hynix Semiconductor, Inc.**

**Defendant**

**Hynix Semiconductor America, Inc.**

A CERTIFIED COPY
J. MICHAEL McMAHON,  CLERK

BY _____
      DEPUTY CLERK

**Defendant**
Micron Technology, Inc.

**Defendant**
Micron Semiconductor Products, Inc.

**Defendant**
Renesas Technology Corporation

**Defendant**
Renesas Technology America, Inc.

**Defendant**
Toshiba Corporation

**Defendant**
Toshiba America Corporation

**Defendant**
Toshiba America Electronic Components, Inc.

**Defendant**
Hitachi, Ltd.

**Defendant**
Hitachi America, Ltd.

**Defendant**
Mitsubishi Electric Corp.

**Defendant**
Mitsubishi Electric and Electronics U.S.A., Inc.

**Defendant**
Mosel Vitalic, Inc.

**Defendant**
Winbond Electronics Corporation

**Defendant**
Winbond Electronics Corporation America, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 03/15/2007 | 1 | COMPLAINT against Renesas Technology America, Inc., Toshiba Corporation, Toshiba America Corporation, Toshiba America Electronic Components, Inc., Hitachi, Ltd., Hitachi America, Ltd., Mitsubishi Electric Corp., Mitsubishi Electric and Electronics U.S.A., Inc., Mosel Vitalic, Inc., Winbond Electronics Corporation, Winbond Electronics Corporation America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Micron Technology, Inc., Micron Semiconductor Products, Inc., Renesas Technology Corporation. (Filing Fee $ 350.00, Receipt Number 609219)Document filed by Brian Levy.(tro) (Entered: 03/19/2007) |
| 03/15/2007 |  | SUMMONS ISSUED as to Renesas Technology America, Inc., Toshiba Corporation, Toshiba America Corporation, Toshiba America Electronic Components, Inc., Hitachi, Ltd., Hitachi America, Ltd., Mitsubishi Electric Corp., Mitsubishi Electric and Electronics U.S.A., Inc., Mosel Vitalic, Inc., Winbond Electronics Corporation, Winbond Electronics Corporation America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Micron Technology, Inc., Micron Semiconductor Products, Inc., Renesas Technology Corporation. (tro) (Entered: 03/19/2007) |
| 03/15/2007 |  | CASE REFERRED TO Judge Miriam Goldman Cedarbaum as possibly related to 1:07-cv-1403. (tro) (Entered: 03/19/2007) |
| 03/15/2007 |  | Case Designated ECF. (tro) (Entered: 03/19/2007) |
| 03/23/2007 |  | CASE DECLINED AS NOT RELATED. Case referred as related to 07-cv-1403 and declined by Judge Miriam Goldman Cedarbaum and returned to wheel for assignment. (jmi) (Entered: 03/29/2007) |
| 03/23/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Louis L. Stanton. Judge Unassigned is no longer assigned to the case. (jmi) (Entered: 03/29/2007) |
| 03/23/2007 |  | Magistrate Judge Andrew J. Peck is so designated. (jmi) (Entered: 03/29/2007) |
| 03/23/2007 |  | Mailed notice to the attorney(s) of record. (jmi) (Entered: 03/29/2007) |
| 04/05/2007 | 3 | ORDER FOR CONFERENCE PURSUANT TO RULE 16(b) on 6/29/07 at 3:30 p.m. in Room 21C. (Signed by Judge Louis L. Stanton on 4/5/07) (jco) (Entered: 04/06/2007) |
| 04/05/2007 |  | Set Deadlines/Hearings: Status Conference set for 6/29/2007 03:30 PM before Judge Louis L. Stanton. (jco) (Entered: 04/06/2007) |
| 05/03/2007 | 4 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT: The deadline for Defendant SSI to respond to the complaint in the above captioned case shall be extended until the earlier of the following two dates: (1)forty five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases in the MDL transferee Court; or (2) forty five days after plaintiffs provide written |

| | | |
|---|---|---|
| | | notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be given only at or after the initial case management conference in the MDL transferes Court. (Signed by Judge Louis L. Stanton on 5/2/07) (js) (Entered: 05/04/2007) |
| 08/08/2007 | 5 | ORDER: For the convenience of parties and witnesses, and in the interest of justice, the Clerk of the Court will transfer this case to the United States District Court for the Northern District of California, where similar cases are pending. So Ordered. (Signed by Judge Louis L. Stanton on 8/8/07) (js) (Entered: 08/09/2007) |