☐ ORIGINAL



#4

Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, N.Y. 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Plaintiff's Counsel**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN LEVY,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG SEMICONDUCTOR, INC.;<br>HYNIX SEMICONDUCTOR, INC.; HYNIX<br>SEMICONDUCTOR AMERICA, INC.;<br>MICRON TECHNOLOGY, INC.; MICRON<br>SEMICONDUCTOR PRODUCTS, INC.;<br>RENESAS TECHNOLOGY<br>CORPORATION; RENASAS<br>TECHNOLOGY AMERICA, INC.;<br>TOSHIBA CORPORATION; TOSHIBA<br>AMERICA CORPORATION; TOSHIBA<br>AMERICA ELECTRONIC COMPONENTS,<br>INC.; HITACHI, LTD.; HITACHI<br>AMERICA, LTD.; MITSUBISHI ELECTRIC<br>CORP.; MITSUBISHI ELECTRIC AND<br>ELECTRONICS U.S.A., INC.; MOSEL<br>VITALIC, INC.; WINBOND<br>CORPORATION; and WINBOND<br>ELECTRONICS CORPORATION<br>AMERICA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:07-cv-02242-LLS<br><br>Assigned to<br>Justice Louis L. Stanton<br><br><br>**STIPULATION EXTENDING TIME<br>TO RESPOND TO COMPLAINT** |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Brian Levy and Defendant Samsung Semiconductor, Inc. ("SSI"), through their respective attorneys, jointly submit for the Court's approval the following Stipulation Extending Time to Respond to Complaint:

WHEREAS the undersigned Plaintiff Brian Levy has filed a class action on behalf of direct purchasers on or about March 15, 2007 in the Southern District of New York alleging price fixing by manufacturers of Flash Memory;

WHEREAS, in addition to the Complaint filed by Plaintiff herein, other complaints have been filed to date in the Northern District of California as purported class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Flash Memory (collectively, "the Flash Memory Cases");

WHEREAS a motion is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the Flash Memory Cases to a single judge for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS the parties believe that the Flash Memory Cases will be consolidated or coordinated as multidistrict litigation ("MDL"), and anticipate that Plaintiffs will likely file separate Consolidated Amended Complaints for the direct and indirect Flash Memory Cases;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings in the Flash Memory Cases is more efficient for the parties and for the Court;

WHEREAS Plaintiff agrees that the deadline for Samsung Semiconductor, Inc. ("SSI") to respond to the Complaint in the above-captioned case shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases in the MDL transferee Court; or (2)

forty-five days after Plaintiffs provides written notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect Flash Memory Cases, provided that such notice may be given only at or after the initial case management conference in the MDL transferee Court;

WHEREAS Plaintiff further agrees that this extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of their intention to join this extension;

WHEREAS Plaintiff and Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the Defendant that provided notice of its intention to join this extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction;

PLAINTIFF AND DEFENDANT SSI, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Defendant SSI to respond to the Complaint in the above-captioned case shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases in the MDL transferee Court; or (2) forty-five days after Plaintiffs provide written notice to SSI that they do not intend to file Consolidated Amended Complaints in the direct and indirect

Flash Memory Cases, provided that such notice may be given only at or after the initial case management conference in the MDL transferee Court.

2. This extension is available, without further stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of their intention to join this extension.

3. Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that each such defense counsel shall accept service on behalf of the defendant that provided notice of its intention to join the extension of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such defendant shall not contest the sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense, including but not limited to, the defense of lack of personal or subject matter jurisdiction.

4. Plaintiff and Defendant SSI (and any other named Defendants who provide notice of their intention to join this extension pursuant to the preceding paragraph) agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to any complaint in another Flash Memory case filed in another United States District Court or a state court prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

DATED: New York, New York  Respectfully submitted,
April 30, 2007

ABRAHAM, FRUCHTER & TWERSKY, LLP

By: _____
Jeffrey S. Abraham (JA-2946)
One Penn Plaza, Suite 2805
New York, N.Y. 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Attorneys for Plaintiff Brian Levy**


SHEPPARD, MULLIN, RICHTER, & HAMPTON

By: _____
Yookyung Moon
New York Bar No. 4224820
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

**Attorneys for Defendant Samsung Semiconductor, Inc.**


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 2, 2007           _____
                             The Honorable Louis L. Stanton