



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
BRIAN LEVY,

                Plaintiff,

   v.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
SEMICONDUCTOR, INC., HYNIX SEMICONDUCTOR,
INC., HYNIX SEMICONDUCTOR AMERICA, INC.,
MICRON TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC., RENESAS
TECHNOLOGY CORPORATION, RENASAS TECHNOLOGY
AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA
AMERICA CORPORATION, TOSHIBA AMERICA
ELECTRONIC COMPONENTS, INC., HITACHI, LTD.,
MITSUBISHI ELECTRIC CORP., MITSUBISHI
ELECTRIC AND ELECTRONICS U.S.A., INC., MOSEL
VITALIC, INC., WINBOND CORPORATION, and
WINBON ELECTRONICS CORPORATION AMERICA, INC.

                Defendants.
------------------------------------------------x

07 Civ. 2242 (LLS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 5
DATE FILED: 8/8/07

    For the convenience of parties and witnesses, and in the interest of justice, the Clerk of the Court will transfer this case to the United States District Court for the Northern District of California, where similar cases are pending.

    So ordered.

DATED:   New York, New York
           August 8, 2007

                                              _____
                                              LOUIS L. STANTON
                                                 U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK
BY_____
     DEPUTY CLERK