UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN LEVY,

    Plaintiff(s),

v.

SAMSUNG ELECTRONICS Co., LTD; et al.

    Defendant(s).

No. CD7-04252BZ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/4/07

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")