UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brian Levy,

        Plaintiff(s).                      No. C07-4252 BZ

     v.                              NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

Samsung Electronics Co., Ltd., et al.,

        Defendant(s).
_____/

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

       (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

       (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

       The Case Management Conference set for **December 17, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: September 10, 2007

                                                  Richard W. Wieking, Clerk
                                                  United States District Court

                                                  *Lashanda Scott*
                                                  _____
                                                  By: Lashanda Scott - Deputy Clerk to
                                                  Magistrate Judge Bernard Zimmerman

reassign.DCT