Jeffrey S. Abraham
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Clerk's Use Only
Initial for fee pd.:

1

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4
5  BRIAN LEVY

6                                              CASE NO. C07-04252BZ
            Plaintiff(s),
7
         v.                                    APPLICATION FOR
8                                              ADMISSION OF ATTORNEY
   SAMSUNG ELECTRONICS CO., LTD.;              *PRO HAC VICE*
9  et al.,

10
           ____Defendant(s).____ /
11
       Pursuant to Civil L.R. 11-3,   Jeffrey S. Abraham        , an active member in
12
   good standing of the bar of  U.S. District Court, Southern District of N.Y.   , hereby applies
13
   for admission to practice in the Northern District of California on a pro hac vice basis
14
   representing       Brian Levy           in the above-entitled action.
15
       In support of this application, I certify on oath that:
16
       1.  I am an active member in good standing of a United States Court or of the highest
17
           court of another State or the District of Columbia, as indicated above;
18
       2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
19
           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
20
           become familiar with the Local Rules and the Alternative Dispute Resolution
21
           programs of this Court; and,
22
       3.  An attorney who is a member of the bar of this Court in good standing and who
23
           maintains an office within the State of California has been designated as co-
24
           counsel in the above-entitled action. The name, address and telephone number of
25
           that attorney is:
26
           Bruce L. Simon, Esq.; Pearson, Simon, Soter, Warshaw & Penny, LLP; 44
27         Montgomery St., Suite 1200, San Francisco, CA 94104; Tel: 415-433-9000
       I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: September 4, 2007                                    /s/ Jeffrey S. Abraham